from the additional tax under section 22 · o imposed by the taxing decree entered herein? "

*Francis H. Warland* for appellants.

*Charles A. Curtin* and *John B. Gleason* for respondent.

Order affirmed, with costs; first, second and fourth questions certified answered in the negative; third question certified answered in the affirmative. Question No. 1 is answered simply as applicable to the particular facts of this case; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTER-STATE LAND HOLDING COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1915 and 1916.)

*Tax — assessment of real property — application for reduction to stated amount — court may not reduce assessed valuation below value stated in application even though it find as fact that value of property is less than that stated.*

*People ex rel. Interstate Land Holding Co. v. Purdy,* 206 App. Div. 606, affirmed.

(Argued June 5, 1923; decided July 13, 1923.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1923, which affirmed, on certiorari, two orders of Special Term reducing assessments for taxation upon real property of the relator for the years 1915 and 1916. Relator filed applications requesting that the assessed value of its property be fixed at certain amounts. Defendants refused and this proceeding was commenced. The court found as a fact that the value of the property was less than the amounts to which relator requested that the valuations be reduced but holding that relator could obtain no greater reductions than to the amounts claimed in its application fixed the assessment at those amounts. Relator contended that the assessed valuation should

39

be at the amounts found by the court to be the true value.

*John Larkin* for appellant.

*George P. Nicholson, Corporation Counsel (William H. King* and *Charles E. Lalanne* of counsel), for respondents.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, POUND and MCLAUGHLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ROBERT J. FOSTER, Respondent.

*Crimes — legislative committees — refusal to produce books, papers and documents — burden of proving materiality on People — judgment convicting defendant of violation of section 1330 of Penal Law properly reversed.*

*People* v. *Foster*, 204 App. Div. 295, affirmed.

(Argued June 6, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1923, which reversed a judgment, rendered at a Criminal Trial Term of the Supreme Court for the county of New York upon a verdict convicting the defendant of a violation of section 1330 of the Penal Law in that he refused to produce, upon reasonable notice, material books, papers and documents in his possession and under his control before a committee of the legislature authorized to summon witnesses.

*Carl Sherman, Attorney-General (Stanley L. Richter* and *Robert S. Johnstone* of counsel), for appellant.

*Walter Gordon Merritt* and *Horace S. Manges* for respondent.

Order affirmed on ground that the People did not discharge burden of proving that reports which defendant refused to produce were material, this court not agreeing with the interpretation placed on the word " willful " by the Appellate Division.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.